ONE AND THREE SOUTH WILLIAM STREET BUILDING COR-PORATION, Respondent, *v.* GARDENS CORPORATION et al., Appellants.

(Argued January 17, 1933; decided February 28, 1933.)

*Yorke Allen, George H. Boyce, Raymond D. Thurber, George A. Arkwright* and *George B. Hanavan* for George H. Boyce et al., appellants.

*Yorke Allen, Louis Dean Speir* and *John R. Davies* for John R. Davies, appellant.

*Chester W. Cuthell* and *Cyril Hyde Condon* for Guyon L. C. Earle, appellant.

*Warner Pyne, Charles E. Russell, Louis Millsaps, Vincent A. Catoggio, Jr.,* and *H. Leslie Barker* for respondent.

Judgment affirmed, with costs; no opinion. (See 261 N. Y. 638.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.